# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO

|  |  |  |
|---|---|---|
| In re: BAEHR, MICHAEL C. | § | Case No. 11-57718 |
|  | § |  |
| AFFORDABLE AIRCRAFT OWNERSHIP, LLC | § |  |
| Debtor(s) | § |  |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
### REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
### AND APPLICATION TO BE DISCHARGED (TDR)

FREDERICK L. RANSIER, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $389,196.11
*(without deducting any secured claims)*

Assets Exempt: $25,323.30

Total Distribution to Claimants: $963.47

Claims Discharged
Without Payment: $675,203.15

Total Expenses of Administration: $3,155.88

3) Total gross receipts of $      4,119.35      (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $      0.00      (see **Exhibit 2**), yielded net receipts of $4,119.35 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $283,175.91 | $350,921.12 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 3,155.88 | 3,155.88 | 3,155.88 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 60,949.74 | 125,389.79 | 125,389.79 | 963.47 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 223,427.77 | 550,776.83 | 550,776.83 | 0.00 |
| **TOTAL DISBURSEMENTS** | $567,553.42 | $1,030,243.62 | $679,322.50 | $4,119.35 |

4)  This case was originally filed under Chapter 7 on July 26, 2011. The case was pending for 33 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  04/16/2014            By:  /s/FREDERICK L. RANSIER, TRUSTEE
                                         Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| MetLife | 1129-000 | 1,425.35 |
| New England Financial Universal Life Policy | 1129-000 | 2,694.00 |
| **TOTAL GROSS RECEIPTS** | | $4,119.35 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $0.00 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | DCFS USA LLC | 4210-000 | N/A | 57,317.15 | 0.00 | 0.00 |
| 8S | Internal Revenue Service | 4110-000 | 7,749.10 | 18,326.33 | 0.00 | 0.00 |
| 15 | Bank of America, N.A. | 4110-000 | 257,681.00 | 255,490.21 | 0.00 | 0.00 |
| 17 | JetSelect Aviation LLC | 4220-000 | 17,745.81 | 19,787.43 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $283,175.91 | $350,921.12 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 —CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| FREDERICK L. RANSIER, TRUSTEE | 2100-000 | N/A | 1,029.84 | 1,029.84 | 1,029.84 |
| FREDERICK L. RANSIER, TRUSTEE | 2200-000 | N/A | 142.56 | 142.56 | 142.56 |
| VORYS, SATER, SEYMOUR AND PEASE LLP | 3110-000 | N/A | 1,860.50 | 1,860.50 | 1,860.50 |
| INSURANCE PARTNERS AGENCY, INC. | 2300-000 | N/A | 2.98 | 2.98 | 2.98 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $3,155.88 | $3,155.88 | $3,155.88 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 8P | Internal Revenue Service | 5800-000 | 60,949.74 | 90,579.21 | 90,579.21 | 695.99 |
| 14P | Ohio Department of Taxation – Ohio AG | 5800-000 | N/A | 34,810.58 | 34,810.58 | 267.48 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $60,949.74 | $125,389.79 | $125,389.79 | $963.47 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | HHH CPA Group, LLC | 7100-000 | 6,548.70 | 8,100.00 | 8,100.00 | 0.00 |
| 3 | Air Tolin | 7100-000 | 708.41 | 2,588.53 | 2,588.53 | 0.00 |
| 4 | Dixie Aire | 7100-000 | 170.00 | 255.00 | 255.00 | 0.00 |
| 5 | Chase Bank USA  N.A. | 7100-000 | 3,141.74 | 3,091.42 | 3,091.42 | 0.00 |
| 6 | Elan Financial Services | 7100-000 | 9,620.00 | 10,296.84 | 10,296.84 | 0.00 |
| 7 | American Express Centurion Bank | 7100-000 | 18,925.00 | 18,925.13 | 18,925.13 | 0.00 |
| 8U | Internal Revenue Service | 7100-000 | N/A | 39,014.25 | 39,014.25 | 0.00 |
| 9 | Capital One Bank USA NA | 7100-000 | 4,709.24 | 4,999.39 | 4,999.39 | 0.00 |
| 10 | RTJ Aircraft, Inc. | 7100-000 | 25,000.00 | 20,962.50 | 20,962.50 | 0.00 |
| 11 | Mount Carmel Health | 7100-000 | 1,685.44 | 1,685.44 | 1,685.44 | 0.00 |
| 12 | Verizon Wireless | 7100-000 | 1,495.64 | 362.44 | 362.44 | 0.00 |
| 13 | Dan Bailey | 7100-000 | 63,346.00 | 354,500.00 | 354,500.00 | 0.00 |
| 14U | Ohio Department of Taxation – Ohio AG | 7100-000 | N/A | 7,041.31 | 7,041.31 | 0.00 |
| 16 | Central Ohio Primary Care | 7100-000 | 85,437.10 | 76,304.08 | 76,304.08 | 0.00 |
| 18 | Dave Winters – DLW Aviation LLC | 7200-000 | 2,640.50 | 2,650.50 | 2,650.50 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $223,427.77 | $550,776.83 | $550,776.83 | $0.00 |

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

| | |
|---|---|
| **Case Number:** 11-57718 | **Trustee:** (550140)  FREDERICK L. RANSIER, TRUSTEE |
| **Case Name:** BAEHR, MICHAEL C. | **Filed (f) or Converted (c):** 07/26/11 (f) |
| | **§341(a) Meeting Date:** 09/12/11 |
| **Period Ending:** 04/16/14 | **Claims Bar Date:** 12/14/11 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Undivided 1/2 interest in residential<br>  real estate located at:<br>7174 Fox Lake Drive, Blacklick, OH<br>co-owner: Debtorah Baehr (spouse, separated)<br>Value based on Auditor's records | 339,500.00 | 0.00 | OA | 0.00 | FA |
| 2 | Cash on Hand | 75.00 | 0.00 | | 0.00 | FA |
| 3 | Heartland Bank Personal Checking<br>  Account No. xxxxx2405 | 1,251.87 | 0.00 | | 0.00 | FA |
| 4 | Household Goods and Furnishings<br>  Pool Table - $600<br>China & Dining Table - $750<br>no other items worth more than  $525.00 each | 5,000.00 | 0.00 | | 0.00 | FA |
| 5 | Misc. Books & Multimedia Items | 250.00 | 250.00 | | 0.00 | FA |
| 6 | Wearing Apparel<br>  no one item worth more than $525.00 | 2,500.00 | 0.00 | | 0.00 | FA |
| 7 | Misc. Men's Accessories<br>  no one item worth more than $525.00 | 1,000.00 | 0.00 | | 0.00 | FA |
| 8 | MetLife<br>  $375,000.00 Whole Life Policy No. xxxxx1286<br>Beneficiaries: Wife (25%), Son (55%); and Kim<br>Schnars (20%, Unrelated)<br>Non-Exempt Unrelated Value is approx. $1,425.35 | 0.00 | 8,376.30 | | 1,425.35 | FA |
| 9 | New England Financial Universal Life Policy<br>  Face Value: $500,000<br>Beneficiaries:  Deborah Baehr, Spouse 1/3<br>Debtor's Son 1/3<br>Unrelated Individual - Kim Schnars - 1/3<br>Non-Exempt Unrelated Value is approx. $2,694.00 | 8,249.46 | 8,249.46 | | 2,694.00 | FA |
| 10 | Central Ohio Primary Care Retirement Account<br>  T. Rowe Price 401(k) | 15,494.43 | 0.00 | | 0.00 | FA |
| 11 | 402MB, LLC<br>  Registered but never active | 0.00 | 0.00 | | 0.00 | FA |
| 12 | Affordable Aircraft Ownership, LLC<br>  100% Membership Interest | 0.00 | 0.00 | | 0.00 | FA |

Exhibit 8

Page: 2

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

| | |
|---|---|
| Case Number: 11-57718 | Trustee:    (550140)    FREDERICK L. RANSIER, TRUSTEE |
| Case Name:    BAEHR, MICHAEL C. | Filed (f) or Converted (c):    07/26/11 (f) |
| | §341(a) Meeting Date:    09/12/11 |
| Period Ending: 04/16/14 | Claims Bar Date:    12/14/11 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 13 | Airshares Elite Arizona, LLC<br>50% Membership Interest | 0.00 | 0.00 | | 0.00 | FA |
| 14 | Current Wages | 1.00 | 0.00 | | 0.00 | FA |
| 15 | 2011 Tax Refund | 1.00 | 0.00 | | 0.00 | FA |
| 16 | Licensed Medical Doctor<br>Licensed Private Pilot | 0.00 | 0.00 | | 0.00 | FA |
| 17 | 2010 Mazda 3<br>6,000 miles | 13,525.00 | 0.00 | | 0.00 | FA |
| 18 | Leased 2009 BMW<br>MFRS Lists Vehicle as a 2010 BMW | 1.00 | 1.00 | | 0.00 | FA |
| 19 | Possible Preference - Offset of Debtor's Wages (u) | 10,596.81 | 10,596.81 | | 0.00 | FA |
| 20 | 50% Ownership in 2005 SR22 Airplane N502BZ | 0.00 | 0.00 | OA | 0.00 | FA |
| 20 | Assets    Totals (Excluding unknown values) | $397,445.57 | $27,473.57 | | $4,119.35 | $0.00 |

**Major Activities Affecting Case Closing:**

DEBTOR HAS CASH SURRENDER VALUE IN A WHOLE LIFE INSURANCE POLICY WITH METLIFE IN WHICH AN UNRELATED INDIVIDUAL IS A
BENEFICIARY WITH A 20% VALUE .  DEBTOR HAS CASH SURRENDER VALUE IN A UNIVERSAL LIFE INSURANCE POLICY WITH NEW ENGLAND LIFE IN
WHICH AN UNRELATED INDIVIDUAL IS A BENEFICIARY WITH A 33 1/3 VALUE.  IN NOVEMBER 2012 DEBTOR EXECUTED A PROMISSORY NOTE TO PAY
THE ESTATE THE SUM OF $4,119.35 AT THE RATE OF $294.24 FOR 14 MONTHS FOR THE NON-EXEMPT CASH SURRENDER VALUE OF THE WHOLE LIFE
POLICIES.

| | |
|---|---|
| Initial Projected Date Of Final Report (TFR):    March 31, 2012 | Current Projected Date Of Final Report (TFR):    February 11, 2014  (Actual) |

| | |
|---|---|
| April 16, 2014 | /s/ FREDERICK L. RANSIER, TRUSTEE |
| Date | FREDERICK L. RANSIER, TRUSTEE |

Exhibit 9

# Form 2
Page: 1
## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| Case Number: | 11-57718 | |
| Case Name: | BAEHR, MICHAEL C. | |
| | | |
| Taxpayer ID #: | **-***1640 | |
| Period Ending: | 04/16/14 | |

| | | |
|---|---|---|
| Trustee: | FREDERICK L. RANSIER, TRUSTEE (550140) | |
| Bank Name: | The Bank of New York Mellon | |
| Account: | ****-*****08-66 - Checking Account | |
| Blanket Bond: | $2,000,000.00   (per case limit) | |
| Separate Bond: | N/A | |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/27/12 | {9} | MICHAEL BAEHR | (12-495) PMT BY DEBTOR FOR NON-EXEMPT CSV IN WHOLE LIFE INSURANCE POLICY | 1129-000 | 294.24 | | 294.24 |
| 01/07/13 | {9} | MICHAEL BAEHR | (13-001) PMT BY DEBTOR FOR NON-EXEMPT CSV IN WHOLE LIFE INSURANCE POLICY | 1129-000 | 294.24 | | 588.48 |
| 01/17/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001055014088 20130117 | 9999-000 | | 588.48 | 0.00 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | 588.48 | 588.48 | $0.00 |
| Less: Bank Transfers | 0.00 | 588.48 | |
| Subtotal | 588.48 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $588.48 | $0.00 | |

{} Asset reference(s)

Exhibit 9

# Form 2
Page: 2
## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 11-57718 |
| **Case Name:** | BAEHR, MICHAEL C. |
| | |
| **Taxpayer ID #:** | **-***1640 |
| **Period Ending:** | 04/16/14 |

| | |
|---|---|
| **Trustee:** | FREDERICK L. RANSIER, TRUSTEE (550140) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ******6966 - Checking Account |
| **Blanket Bond:** | $2,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 01/18/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 588.48 | | 588.48 |
| 01/30/13 | {9} | MICHAEL BAEHR | (13-042) PMT BY DEBTOR FOR NON-EXEMPT CSV IN WHOLE LIFE INSURANCE POLICY | 1129-000 | 294.24 | | 882.72 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 872.72 |
| 02/26/13 | {9} | MICHAEL BAEHR | (13-053) PMT BY DEBTOR FOR NON-EXEMPT CSV IN WHOLE LIFE INSURANCE POLICY | 1129-000 | 294.24 | | 1,166.96 |
| 02/28/13 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | 10.00 | 1,156.96 |
| 03/26/13 | {9} | MICHAEL BAEHR | (13-079) PMT BY DEBTOR FOR NON-EXEMPT CSV IN WHOLE LIFE INSURANCE POLICY | 1129-000 | 294.24 | | 1,451.20 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,441.20 |
| 04/23/13 | {9} | MICHAEL BAEHR | (13-154) PMT BY DEBTOR FOR NON-EXEMPT CSV IN WHOLE LIFE INSURANCE POLICY | 1129-000 | 294.24 | | 1,735.44 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,725.44 |
| 05/24/13 | {9} | MICHAEL BAEHR | (13-264) PMT BY DEBTOR FOR NON-EXEMPT CSV IN WHOLE LIFE INSURANCE POLICY | 1129-000 | 299.24 | | 2,024.68 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,014.68 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,004.68 |
| 07/05/13 | {9} | MICHAEL BAEHR | (13-299) PMT BY DEBTOR FOR NON-EXEMPT CSV IN WHOLE LIFE INSURANCE POLICY | 1129-000 | 299.24 | | 2,303.92 |
| 07/24/13 | {9} | MICHAEL BAEHR | (13-306) PMT BY DEBTOR FOR NON-EXEMPT CSV IN WHOLE LIFE INSURANCE POLICY | 1129-000 | 299.24 | | 2,603.16 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,593.16 |
| 08/28/13 | | MICHAEL BAEHR | (13-317) PMT BY DEBTOR FOR NON-EXEMPT CSV IN WHOLE LIFE INSURANCE POLICY | | 299.24 | | 2,892.40 |
| | {9} | | 30.84 | 1129-000 | | | 2,892.40 |
| | {8} | | 268.40 | 1129-000 | | | 2,892.40 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,882.40 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,872.40 |

Subtotals :                    $2,962.40          $90.00

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 11-57718 | |
| **Case Name:** BAEHR, MICHAEL C. | |
| | |
| **Taxpayer ID #:** **-***1640 | |
| **Period Ending:** 04/16/14 | |

| | |
|---|---|
| **Trustee:** | FREDERICK L. RANSIER, TRUSTEE (550140) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ******6966 - Checking Account |
| **Blanket Bond:** | $2,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/01/13 | {8} | MICHAEL BAEHR | (13-354) PMT BY DEBTOR FOR NON-EXEMPT CSV IN WHOLE LIFE INSURANCE POLICY | 1129-000 | 299.24 | | 3,171.64 |
| 10/15/13 | {8} | MICHAEL BAEHR | (13-361)  PMT BY DEBTOR FOR NON-EXEMPT CSV IN WHOLE LIFE INSURANCE POLICY | 1129-000 | 299.24 | | 3,470.88 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,460.88 |
| 11/22/13 | {8} | MICHAEL BAEHR | (13-411)  PMT BY DEBTOR FOR NON-EXEMPT CSV IN WHOLE LIFE INSURANCE POLICY | 1129-000 | 299.24 | | 3,760.12 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,750.12 |
| 12/03/13 | 10101 | INSURANCE PARTNERS AGENCY, INC. | (13-417) PRO-RATA SHARE TRUSTEE BOND PREMIUM (11/1/13 - 11/1/14) | 2300-000 | | 2.98 | 3,747.14 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,737.14 |
| 01/21/14 | {8} | MICHAEL BAEHR | (14-048) PMT BY DEBTOR FOR NON-EXEMPT CSV IN WHOLE LIFE INSURANCE POLICY | 1129-000 | 259.23 | | 3,996.37 |
| 03/20/14 | 10102 | FREDERICK L. RANSIER, TRUSTEE | (14-080) Dividend paid 100.00% on $1,029.84, Trustee Compensation;  Reference: | 2100-000 | | 1,029.84 | 2,966.53 |
| 03/20/14 | 10103 | FREDERICK L. RANSIER, TRUSTEE | (14-081) Dividend paid 100.00% on $142.56, Trustee Expenses;  Reference: | 2200-000 | | 142.56 | 2,823.97 |
| 03/20/14 | 10104 | VORYS, SATER, SEYMOUR AND PEASE LLP | (14-082) Dividend paid 100.00% on $1,860.50, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 1,860.50 | 963.47 |
| 03/20/14 | 10105 | Internal Revenue Service | (14-083) Dividend paid   0.76% on $90,579.21; Claim# 8P; Filed: $90,579.21; Reference: | 5800-000 | | 695.99 | 267.48 |
| 03/20/14 | 10106 | Ohio Department of Taxation - Ohio AG | (14-084) Dividend paid   0.76% on $34,810.58; Claim# 14P; Filed: $34,810.58; Reference: | 5800-000 | | 267.48 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 4,119.35 | 4,119.35 | $0.00 |
| Less: Bank Transfers | 588.48 | 0.00 | |
| **Subtotal** | 3,530.87 | 4,119.35 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$3,530.87** | **$4,119.35** | |

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| Case Number: | 11-57718 | |
| Case Name: | BAEHR, MICHAEL C. | |
| | | |
| Taxpayer ID #: | **-***1640 | |
| Period Ending: | 04/16/14 | |

| | |
|---|---|
| Trustee: | FREDERICK L. RANSIER, TRUSTEE (550140) |
| Bank Name: | Rabobank, N.A. |
| Account: | ******6966 - Checking Account |
| Blanket Bond: | $2,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking # ****-******08-66 | 588.48 | 0.00 | 0.00 |
| Checking # ******6966 | 3,530.87 | 4,119.35 | 0.00 |
| | $4,119.35 | $4,119.35 | $0.00 |

_____          /s/ FREDERICK L. RANSIER, TRUSTEE
        April 16, 2014                    _____

            Date                          FREDERICK L. RANSIER, TRUSTEE

{} Asset reference(s)                                          Printed: 04/16/2014 01:47 PM    V.13.15